AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| United States of America<br>v.<br><br>PHILLIP MARTIN FLORES<br>*Defendant* | ) Case No.  2:21-mj-775-EJY<br>)<br>) Charging District:  District of Wyoming<br>) Charging District's Case No.  0:21-cr-62-ABJ |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| | |
|---|---|
| Place:  U.S. District Court - Wyoming<br>2120 Capitol Avenue, Cheyenne, WY 82001<br>Before Chief U.S. Magistrate Judge Kelly H. Rankin | Courtroom No.:  1<br><br>Date and Time:  October 1, 2021 at 9:00 a.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:  September 17, 2021

*Judge's signature*

ELAYNA J. YOUCHAH, United States Magistrate Judge
*Printed name and title*

```
____FILED        ____RECEIVED
____ENTERED      ____SERVED ON
         COUNSEL/PARTIES OF RECORD

           SEP 17 2021

     CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY:_____DEPUTY
```